# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SHEPHERD NKEMAKE ZIFAC,

      Petitioner,

v.                                        No. 1:26-cv-00382-SMD-JFR

KRISI NOEM, PAMELA BONDI, TODD LYONS,
MARISA FLORES and MELISSA ORTIZ,

      Respondents.

## ORDER TO ANSWER AND ENJOINING THE TRANSFER
## OF PETITIONER OUT OF DISTRICT

Before the Court is Petitioner Shepherd Zifac's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed on February 11, 2026. *See* Doc. 1. Petitioner is a citizen of Cameroon and is in Immigration and Customs Enforcement's ("ICE's") custody at the Torrance County Detention Center in New Mexico. *Id.* ¶ 5.

Petitioner entered the United States without inspection on May 12, 2024, and has resided in St. Paul, Minnesota since. *Id.* ¶ 11. Petitioner filed an asylum application on August 22, 2024. *Id.* ¶ 12. On January 11, 2026, ICE came to Petitioner's apartment at approximately 6:00 a.m., waited for him to exit, and tackled him to the ground when he appeared. *Id.* ¶ 19. Petitioner alleges that the ICE agents did not have a warrant when they arrested him. *Id.* Petitioner was then transferred to detention in Texas and then New Mexico. *Id.* ¶ 20. Petitioner is charged with, inter alia, inadmissibility under 8 U.S.C. § 212(a)(6)(A)(i). *Id.* ¶ 39. Petitioner challenges his ongoing detention on the basis that he has not been afforded the chance to be released on bond in contravention of 8 U.S.C. § 1226, that ICE's actions violate the Administrative Procedure Act, 5 U.S.C. § 706, and the Fifth Amendment. *Id.* ¶¶ 31–47.

This Court has jurisdiction under 28 U.S.C. § 2241.  The Court finds that Petitioner has alleged sufficient facts to survive initial review and to demonstrate a possible violation of Petitioner's Fifth Amendment rights.  *Zadvydas v. Davis*, 533 U.S. 678 (2001); *Mathews v. Eldridge*, 424 U.S. 319 (1976).  Accordingly, the Court orders Respondents to answer the Petition (Doc. 1).

**IT IS THEREFORE ORDERED** that Respondents shall answer the petition no later than March 3, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted.  If Petitioner elects to file an optional reply, he must do so within seven of Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Shepherd Zifac from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**

2